PROB 12C
(6/16)

Report Date: February 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mathew Ray Bunting | Case Number: 0980 001 4:19CR06047-SAB-1 |
| Address of Offender: ▓▓▓▓▓▓▓ Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 12, 2020 | |
| Original Offense: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2) | |
| Original Sentence: Prison - 45 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Stephanie Van Marter | Date Supervision Commenced: December 5, 2022 |
| Defense Attorney: Alex Hernandez | Date Supervision Expires: December 4, 2025 |

### PETITIONING THE COURT

To issue a summons.

On December 5, 2022, a supervision intake was completed. Mathew Bunting acknowledged an understanding of the conditions imposed by the Court and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mathew Bunting violated the terms of his supervised release by failing to appear for a random urinalysis, on or about February 9, 2023. |
| | Mathew Bunting is enrolled in random drug testing with Pioneer Human Services (PHS). He is expected to call the testing line daily and determine if he is required to report that same day for testing. |
| | On February 9, 2023, Mr. Bunting failed to appear at PHS for a random urinalysis. |
| 2 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but |

Prob12C
**Re: Bunting, Mathew Ray**
**February 15, 2023**
**Page 2**

no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Mathew Bunting violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about February 10, 2023.

On February 14, 2023, Mr. Bunting reported to the United States Probation Office. He submitted to a urinalysis. The sample was presumptive positive for cocaine. Mr. Bunting admitted to use and signed a drug use admission form indicating he consumed cocaine on February 10, 2023.

3  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged Mathew Bunting violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about February 13, 2023.

On February 14, 2023, Mr. Bunting reported to the United States Probation Office. He submitted to a urinalysis. The sample was presumptive positive for Fentanyl. Prior to submitting to this urinalysis, he did advise he would be positive for Fentanyl. Mr. Bunting admitted to use and signed a drug use admission form indicating he consumed Fentanyl on February 13, 2023. He further advised that he had consumed the substance daily for approximately 1 week, with his last use of Fentanyl on February 13, 2023.

4  **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: It is alleged that Mathew Bunting violated the terms of his supervised release by consuming alcohol, on or about February 10, 2023.

On February 14, 2023, Mr. Bunting reported to the United States Probation Office. During discussion of his above-noted use of controlled substances, he also admitted to consuming alcohol on February 10, 2023 and signed a drug use admission form.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/15/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
Re: Bunting, Mathew Ray
February 15, 2023
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Stanley A. Bastian*

Signature of Judicial Officer

2/16/2023

Date